## LAW OFFICE OF
# JOHN F. CARMAN

666 OLD COUNTRY ROAD                              TELEPHONE (516) 683-3600
SUITE 501                                         FACSIMILE (516) 683-8410
GARDEN CITY, NEW YORK 11530                    JOHN@JOHNCARMANLAW.COM

January 9, 2018

**VIA ECF**
Honorable Sandra Feuerstein
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, NY 11722

                    *Re:*    *USA v. Michael Schmeltzer*
                             *Docket No. 2017CR580*

Dear Judge Feurstein:

        I represent Michael Schmeltzer in connection with the above-referenced matter
and submit this letter in support of Mr. Schmeltzer's request to travel to Manhattan, New
York on January 11, 2018 for personal reasons.

        Assistant United States Attorney Bradley King, has offered the consent of the
government to this application.

        Thank you for your assistance.

Very truly yours,

John F. Carman
JOHN F. CARMAN
(JC- 7149)

JFC/as